IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONALD LEE,

                        Plaintiff,                                    ORDER

        v.
                                                                      01-cv-197-jcs
JON LITSCHER, GERALD BERGE, et.al.

                        Defendants.

---

On August 26, 2009, I denied plaintiff Donald Lee's motion to waive or reduce monthly payments of the unpaid balance of the filing fee in this case. He now moves reconsideration of my decision. Now I understand him to be saying that the institution is not complying withe the Prisoner Litigation Reform Act. If that is plaintiff's claim, he needs to bring it in a separate lawsuit. For the reasons stated in my previous order, plaintiff's motion for reconsideration is denied.

ORDER

IT IS ORDERED that plaintiff's motion for reconsideration, dkt. #72, is DENIED.

Entered this 9th day of September, 2009.

                        BY THE COURT:

                        /s/

                        STEPHEN L. CROCKER
                        Magistrate Judge